# CHARLES F. CARNESI

*Attorney at Law*
1225 Franklin Avenue
Suite 325
Garden City, New York 11530

TELEPHONE
(516) 512-8914

TELECOPIER
(516) 873-8881

June 13, 2011

Honorable Dora L. Irizarry
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     <u>United States v. Anthony Licata 11 Cr. 03</u>

Dear Judge Irizarry:

      Anthony Licata is currently under home detention pursuant to a $1,500,000 bond secured by three properties and six suretors.  Mr. Licata respectfully requests modification of his bail conditions in order to permit him to attend the school graduation ceremony of his son Daniel commencing at 9:00 a.m. on June 14, 2011.  We have discussed the matter with both the government and with Pre-Trial Services, providing each with relevant details, and neither has an objection to this request.

      Mr. Licata will abide faithfully to Pre-Trial Services' conditions and shall return home with his family after the ceremony.  Thank you for your consideration of this request.

Respectfully submitted,

/s/
Charles Carnesi
By: Allen Frankel