## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Ramon E. Reyes Jr.        **DATE :**   6/29/11

DOCKET NUMBER:   11CR003(DLI)        LOG #:  11:52 – 12:01

DEFENDANT'S NAME :   ✓ Anthony Licata
    ✓ Present    ___ Not Present    ___ Custody    ✓ Bail

DEFENSE COUNSEL :   Allen Frankel
    ___ Federal Defender    ___ CJA    ___ Retained

A.U.S.A:   Whitman Knapp        DEPUTY CLERK :   Felix Chin

INTERPRETER :                    (Language)

Bond modification Hearing held. _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

_2_ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start_____   Stop_____

___ Order of Speedy Trial entered.   Code Type___   Start_____   Stop_____

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS:  Bond amount increased to $2 million, property added to bond. Electronic monitoring removed from bond.