**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 02 2011 ★
BROOKLYN OFFICE

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 29 2011 ★
BROOKLYN OFFICE

United States District Court
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANTHONY LICATA
_____
Defendant

**ORDER SETTING CONDITIONS OF RELEASE AND BOND**

Case No.: 11-0003 (DLI)

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:

[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
[ ] Upon **Unsecured Bond** executed by defendant in the amount of $_____, or
[✓] Upon **Secured Appearance Bond** as provided herein.   $~~1,500,000~~  $2,000,000

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: EDNY, SDNY

[✓] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: Members or associates of organized crime; victims or witnesses; co-defendants (except in joint defense mtgs)

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____

[✓] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _____ and shall not apply for any other passport.

[✓] 5. Defendant is placed under the express supervision of the Pretrial Services Agency
 [✓] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;
 [✓] must report to that agency ( ) in person ____ times per ____ and/or ( ) by telephone ____ times per ____ as directed by pretrial
 [✓] is subject to home detention with electronic monitoring with the following conditions: medical emergencies + mds, court, atty visits
 [ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ] treatment for: [ ] substance abuse [ ] alcoholism [ ] mental health problems.
 [✓] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[✓] 6. Other Conditions Confessions of judgment to be filed by 2/7/11; signature and filing of confession of jmt for Enrico Vincella by 2/16/11

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ ~~1,500,000~~ 2,000,000. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $_____
[ ] premises located at: _____
[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____ owned by _____
[ ] Other Conditions: _____

_Christine Licata_   6/29/11
Christine Surety Licata   Address: 1457 81st St. Brooklyn, NY 11228

_____   Address: _____
Surety

_____   Address: _____
Surety

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

_[signature]_
Signature of Defendant

Release of the Defendant is hereby ordered on _2/1_, 2011
S/LB _____, USMJ

Distribution:   White-Original   Canary - Courtroom Deputy   Pink - Pretrial Services   Goldenrod - Defendant

Docket No. 11-0003 (DLI).

PAGE 2 OF 2

## ORDER SETTING CONDITIONS OF RELEASE AND BOND

Defendant: Anthony Licata        Amount of Bond: $~~2,000,000~~ $1,500,000

Each of the following additional surety or sureties acknowledges and agrees to pay the bond on the first page of this Order Setting Conditions of Release and Bond and, to the extent indicated below, to securing the bond with his/her/their interest in the property or properties described below:

| Surety | Address | Date | Acknowledged Before |
|---|---|---|---|
| X Giuseppe Licata — GIUSEPPE LICATA | 2755 Bath Ave, Brooklyn, NY | 2/1/11 | _____ USMJ |
| X Grace Licata — GRACE LICATA | 2755 Bath Ave, Brooklyn, NY | 2/1/11 | _____ USMJ |
| X Joanne Vincella — JOANNE VINCELLA | 158-05 89th St. Queens, NY | 2/1/11 | _____ USMJ |
| X Matthew Cloth | 193 Edwin St. Staten Island, NY | 2/1/11 | _____ USMJ |
| X Frank Gaudio — FRANK GAUDIO | 1458 81st St. Brooklyn, NY | 2/1/11 | _____ USMJ |
| X Paul Semplice — PAUL SEMPLICE | 1719 Shore Parkway, Brooklyn NY | 2/1/11 | _____ USMJ |
| ENRICO VINCELLA | 158-05 89th St. Queens, NY | | |

Signed and Acknowledged by all the above sureties before me on _____, 20___                                _____, USMJ.

Frances Gaudio
X Frances Gaudio     Address 1458 81st St. Brooklyn, NY

The bond shall be secured by the interest of the surety in the following property or properties:

Premises located at: (1) 158-05 89 St. Queens, NY 11414
Owned by: Joanne Vincella & Enrico Vincella

Premises located at (2) 2755 Bath Ave, Brooklyn, NY 11214
Owned by: Guiseppe Licata & Grace Licata

Premises located at (3) 1457 81st St., Brooklyn, NY 11228
Owned by: Guiseppe Licata

Premises located (4) 11-11 Huska Road, Delhi, NY (confession to be posted by 7/15/11)
Owned by: Guiseppe Licata, Grace Licata, Frances Gaudio, Frank Gaudio, Anthony Licata, and Christine Licata